UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORIO COGNETTO,

    Plaintiff,

v.                                      Case No. 14-10006

                                                Hon. Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. # 4)

On January 10, 2014, Magistrate Judge Charles E. Binder submitted a Report and Recommendation recommending that Plaintiff's Application to Proceed *In Forma Pauperis* be **DENIED**.

Neither party filed objections within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d). The Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED**.

                                                      S/Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated:  January 31, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 31, 2014.

s/Linda Vertriest
Deputy Clerk