UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Gregorio Cognetto**

      **Plaintiff,**

**v.**

**Commissioner of Social Security,**

      **Defendant.**
_____/

CASE NUMBER: 14-10006
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE BINDER

## ORDER ACCEPTING REPORT AND RECOMMENDATION

On July 14, 2015, Magistrate Judge Binder issued a Report and Recommendation [Doc. 17], recommending that Plaintiff's Motion for Summary Judgment [Doc. 13] be **DENIED**; Defendant's Motion for Summary Judgment [Doc. 14] be **DENIED**; and, the case be **REMANDED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court accepts the Report and Recommendation.

Defendant's motion is **DENIED** and Plaintiff's motion is **DENIED**. This case is **REMANDED** for further proceedings as outlined in the Report and Recommendation.

Judgment of Remand will enter.

      **IT IS ORDERED**.

      /s/ Victoria A. Roberts
      Victoria A. Roberts
      United States District Judge

Dated: August 11, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 11, 2015.

S/Linda Vertriest
Deputy Clerk